CHARLES ZUCKER, Respondent, *v.* GEORGE M. LYNCH, Appellant.

(Argued April 19, 1886; decided June 1, 1886.)

*Samuel Hand* for appellant.

*John D. Townsend* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ALEXANDER BUDERUS, Respondent, *v.* HENRY IMMEN, Appellant.

(Argued April 19, 1886; decided June 1, 1886.)

*John H. Baily* for appellant.

*Alexander Thain* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JAMES J. PHELAN, Appellant, *v.* EDWARD SCHELL, Respondent.

(Submitted April 19, 1886; decided June 1, 1886.)

*P. & D. Mitchell* for appellant.

*James Otis Hoyt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.